# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 13 cv 21680 FAM

# The attached hand-written document
# has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **No. 13-cv-21680-FAM**

**United State of America**

_____
Plaintiff(s)

v.

**Clemence Filias**

_____
_____
_____

Defendant(s)

FILED by CRL D.C.

JUN 17 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## ANSWER
(TITLE OF DOCUMENT)

I, **Clemence Filias**, plaintiff or defendant, in the above styled cause,

I contact the lawer office last month I told the Lady that I will Like to settel the case.

(Rev. 10/2002) General Document

**Certificate of Service**

I _Clemence FILIAS_ , certify that on this date _6-17-2013_ a true copy of the foregoing document was mailed to: _____
                                                                                       name(s) and address(es)

By: _CLEMENCE FILIAS_                                    x _CLEMENCE FILIAS_
Printed or typed name of Filer                              Signature of Filer

Florida Bar Number                                          E-mail address

_786-308-9904_
Phone Number                                                Facsimile Number

x _211 NE 43 ST_
Street Address

x _MIAMI FLA 33137_
City, State, Zip Code